STEVEN H. GURNEE, ESQ. SB# 66056
JOHN A. MASON, ESQ. SB#166996
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, California  95661-3805
Telephone   (916) 797-3100
Facsimile     (916) 797-3131

J. CLIFFORD GUNTER III (Texas Bar No. 08627000)
ANDREW EDISON (Texas Bar No. 00790629)
BRACEWELL & GIULIANI LLP
Pennzoil Place – South Tower
711 Louisiana Street, Suite 2300
Houston, TX 77002-2781
(PRO HAC VICE)

Attorneys for Defendant
POWEREX CORP., a Canadian Corporation

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA EX REL, BILL LOCKYEAR, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>            Plaintiff,<br><br>    vs.<br><br>POWEREX CORP., a Canadian Corporation, d.b.a. POWEREX ENERGY CORPORATION; PUBLIC SERVICE COMPANY OF NEW MEXICO; and DOES 1 - 100,<br><br>            Defendants. | Case No. 2:05-CV-01216-DFL-DAD<br><br>**STIPULATED REQUEST TO CONTINUE DEADLINE TO FILE JOINT STATUS REPORT AND PROPOSED ORDER THEREON**<br><br><br><br><br><br><br><br>Complaint filed: May 18, 2005 |

The parties, by and through their counsel of record, request the Court to continue the deadline by which the parties must file their Joint Status Report in this matter, for reasons set forth below.  All parties agree to the proposed continuance.

**STIPULATED REQ. TO CONTINUE DEADLINE TO FILE JOINT STATUS REPORT**     1

This action was filed in Sacramento County Superior Court on May 18, 2005 and removed to this Court by defendants POWEREX CORP. and PUBLIC SERVICE COMPANY OF NEW MEXICO on June 17, 2005. Upon removal, the matter was assigned to the Hon. Judge David F. Levi and an Order was issued directing the parties to meet and confer as required by FRCP 26(f) and prepare and submit a Joint Status Report within 60 days of removal, i.e., by August 16, 2005.

Since this case was removed to this Court on May 18, 2005, three important motions have been filed which justify an Order postponing the deadline to file the parties' Joint Status Report: (1) Plaintiff's Motion to Remand this action to state Court; (2) Defendant POWEREX CORP.'s Motion to Dismiss this action pursuant to FRCP 12(b)(6); and (3) Defendant PUBLIC SERVICE COMPANY OF NEW MEXICO'S Motion to Dismiss this action pursuant to FRCP 12(b)(6). All of these motions are scheduled to be heard on September 14, 2005, after the current deadline for submission of the Joint Status Report.

Due to the potentially dispositive nature of the plaintiff's Motion to Remand as well as the defendants' respective Motions to Dismiss, good cause exists to postpone the deadline for the parties to submit their Joint Status Report until after the Court has issued its rulings on these Motions.

Based on the foregoing, the parties respectfully request that the Court issue an Order continuing the deadline for the parties to submit their Joint Status Report to Monday, October 17, 2005, or 60 days after the Court issues its ruling on all three of above-referenced pending motions, whichever is later.

////

////

////

**STIPULATED REQ. TO CONTINUE DEADLINE TO FILE JOINT STATUS REPORT**   2

**IT IS SO STIPULATED:**

Dated: July 27, 2005            BILL LOCKYER
                                Attorney General of the State of California

                                TOM GREEN
                                Chief Assistant Attorney General

                                MARK BRECKLER
                                Senior Assistant Attorney General

                                DAMON CONNOLLY
                                Supervising Deputy Attorney General

                                CHRISTOPHER CROOK
                                SONG HILL
                                Deputy Attorneys General


                                By:   /s/ Kirk McGinnis
                                      KIRK MCGINNIS, ESQ.
                                      Deputy Attorney General

                                      Attorney for Plaintiffs
                                      PEOPLE OF THE STATE OF
                                      CALIFORNIA *ex rel.* BILL
                                      LOCKYEAR, ATTORNEY GENERAL
                                      OF THE STATE OF CALIFORNIA

Dated: July 27, 2005            MCDONOUGH, HOLLAND & ALLEN


                                By:   /s/Richard Osen
                                      RICHARD W. OSEN, ESQ.
                                      LAURA FOWLER, ESQ.
                                      MCDONOUGH, HOLLAND & ALLEN

                                      BOB EDWARDS, ESQ.
                                      TROUTMAN SANDERS LLP

                                      Attorneys for Defendant
                                      PUBLIC SERVICE COMPANY OF
                                      NEW MEXICO

Dated: July 27, 2005               GURNEE & DANIELS LLP


                                   By:   /s/Steven H. Gurnee
                                       STEVEN H. GURNEE, ESQ.
                                       JOHN A. MASON, ESQ.
                                       GURNEE & DANIELS LLP


                                       J. CLIFFORD GUNTER, III, ESQ.
                                       ANDREW EDISON, ESQ.
                                       BRACEWELL & GIULIANI LLP

                                       Attorneys for Defendant
                                       POWEREX CORPORATION


**IT IS SO ORDERED.**



Dated:  July 27, 2005              /s/ David F. Levi
                                   DAVID F. LEVI
                                   U.S. DISTRICT COURT JUDGE

**STIPULATED REQ. TO CONTINUE DEADLINE TO FILE JOINT STATUS REPORT**   4