| | |
|---|---|
| 1 | RICHARD W. OSEN, ESQ. (#42566) |
| | RICHARD E. BRANDT, ESQ. (#44893) |
| 2 | LAURA J. FOWLER, ESQ. (#186097) |
| | McDONOUGH, HOLLAND & ALLEN PC |
| 3 | 555 Capitol Mall, Ninth Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone    (916) 444-3900 |
| | Facsimile    (916) 444-3249 |

ROBERT P. EDWARDS, ESQ.                              **OK/HAV**
TROUTMAN SANDERS LLP
Bank of America Plaza
600 Peachtree Street, N.E. - Suite 5200
Atlanta, Georgia  30308-2216

BARRY J. BRETT, ESQ.
STEPHEN G. RINEHART, ESQ.
TROUTMAN SANDERS LLP
The Chrysler Building
405 Lexington Avenue
New York, NY  10174
Pro Hac Vice Applications Submitted

Attorneys for Defendant
Public Service Company of New Mexico



1

STIPULATION TO CONT. MOTIONS TO DISMISS
AND MOTION TO REMAND

851636v1 35704/0001

UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA EX REL. BILL LOCKYER, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>POWEREX CORPORATION, a Canadian Corporation, d.b.a. POWEREX ENERGY CORPORATION; PUBLIC SERVICE COMPANY OF NEW MEXICO; and DOES 1-100,<br><br>　　　　　　Defendants. | Case No. 2:05-CV-01216-DFL-DAD<br><br>**STIPULATION TO CONTINUE DEFENDANT PUBLIC SERVICE COMPANY OF NEW MEXICO'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT; DEFENDANT POWEREX CORP.'S MOTION TO DISMISS COMPLAINT [FRCP 12(b)(6)]; AND PLAINTIFF'S MOTION TO REMAND**<br><br>Date:　　　　October 19, 2005<br>Time:　　　　10:00 a.m.<br>Courtroom:　　7<br>Judge:　　　　Hon. David F. Levi |

　　　　This stipulation to continue the September 14, 2005, Motion to Dismiss Complaint of Defendant Public Service Company of New Mexico, the Motion to Dismiss Complaint of Defendant

1  Powerex Corp. and the Motion to Remand of Plaintiff People of the State of California Ex Rel., Bill
2  Lockyer, Attorney General of the State of California, ("Stipulation") is made and entered into by
3  Plaintiff People of the State of California Ex Rel., Bill Lockyer, Attorney General of the State of
4  California, by Defendant Public Service Company of New Mexico and by Defendant Powerex
5  Corp., a Canadian corporation, by and through their respective undersigned attorneys.

## **RECITALS**

7  This Stipulation is based upon the following facts:

8  A.  The three pending motions raise a large number of significant legal issues that require
9  additional time for research and preparation of opposition and reply briefs.

10  B.  The Defendants are cooperating in the preparation of their briefs in order to reduce
11  the expense and the burden on the Court. As counsel for Defendants are located in different states
12  and time zones, unavoidable delays occur in the preparation of the briefs and in other
13  communications.

14  C.  These motions may be dispositive, so it is in the interests of all parties and the Court
15  that the work be done deliberately and carefully.

16  D.  The present briefing schedule spans the end of summer, Labor Day and beginning of
17  school periods that impose various demands on the time of the attorneys representing all the parties.

18  NOW, THEREFORE, THE PARTIES TO THIS STIPULATION DO HEREBY AGREE
19  AND RESPECTFULLY REQUEST AS FOLLOWS:

20  1.  Effective as of the date of filing of the Court's Order on this Stipulation, the current
21  hearing date of September 14, 2005, should be vacated.

22  2.  A new hearing date should be scheduled for October 19, 2005, or such other date as
23  the Court may elect.

24  3.  In lieu of the normal briefing schedule for opposition and reply briefs set out in Local
25  Rule 78-230, the parties agree that the opposition briefs shall be filed on or before September 28,
26  2005, and the reply briefs shall be filed on or before October 12, 2005.

27  / / /
28  / / /



3
STIPULATION TO CONT. MOTIONS TO DISMISS
AND MOTION TO REMAND

851636v1 35704/0001

1   IN WITNESS WHEREOF, this Stipulation is executed by the following duly authorized

2 persons, with their signatures provided by counterparts combined in the following pages.

3 Dated: August 22, 2005                    McDONOUGH HOLLAND & ALLEN PC
                                            Attorneys at Law
4

5
                                    By:  /s/ Richard W. Osen
6                                        RICHARD W. OSEN, ESQ.

7                                        RICHARD E. BRANDT, ESQ. (#44893)
                                         LAURA J. FOWLER, ESQ. (#186097)
8                                        McDONOUGH, HOLLAND & ALLEN PC
                                         555 Capitol Mall, Ninth Floor
9                                        Sacramento, CA 95814
                                         Telephone:   (916) 444-3900
10                                       Facsimile:   (916) 444-3249

11                                       ROBERT P. EDWARDS, ESQ.
                                         TROUTMAN SANDERS LLP
12                                       Bank of America Plaza
                                         600 Peachtree Street, N.E. - Suite 5200
13                                       Atlanta, Georgia  30308-2216

14                                       BARRY J. BRETT, ESQ.
                                         STEPHEN G. RINEHART, ESQ.
15                                       TROUTMAN SANDERS LLP
                                         The Chrysler Building
16                                       405 Lexington Avenue
                                         New York, NY  10174
17                                       Pro Hac Vice Applications Submitted

18                                       Attorneys for Defendant Public Service Company of
                                         New Mexico
19

20 Dated: August 22, 2005                 GURNEE & DANIELS LLP

21

22                                  By:  /s/ Steven H. Gurnee
                                         STEVEN H. GURNEE
23                                       JOHN A. MASON
                                         GURNEE & DANIELS LLP
24
                                         J. CLIFFORD GUNTER III
25                                       ANDREW EDISON
                                         BRACEWELL & GIULIANI LLP
26
                                         Attorneys for Defendant
27                                       POWEREX CORP., a Canadian
                                         Corporation
28



4

STIPULATION TO CONT. MOTIONS TO DISMISS
AND MOTION TO REMAND                                                          851636v1 35704/0001

| | | |
|---|---|---|
| 1 | Dated: August 22, 2005 | BILL LOCKYER |
| | | Attorney General of the State of California |
| 2 | | TOM GREENE |
| | | Chief Assistant Attorney General |
| 3 | | MARK BRECKLER |
| | | Senior Assistant Attorney General |
| 4 | | DAMON CONNOLLY |
| | | Supervising Deputy Attorney General |
| 5 | | KIRK McINNIS |
| | | CHRISTOPHER S. CROOK |
| 6 | | SONG HILL |
| | | Deputy Attorneys General |

By:   /s/ Kirk McInnis
KIRK McINNIS
Deputy Attorney General

Attorneys for the People of the State of California *ex rel.* Bill Lockyer, Attorney General of the State of California

IT IS SO ORDERED.

Dated: 8/26/2005       /s/ David F. Levi
HONORABLE DAVID F. LEVI
JUDGE OF THE U.S. DISTRICT COURT
EASTERN DISTRICT



5

STIPULATION TO CONT. MOTIONS TO DISMISS
AND MOTION TO REMAND

851636v1 35704/0001