STEVEN H. GURNEE, ESQ. SB# 66056
JOHN A. MASON, ESQ. SB#166996
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, California  95661-3805
Telephone   (916) 797-3100
Facsimile     (916) 797-3131

J. CLIFFORD GUNTER III (Texas Bar No. 08627000)
ANDREW EDISON (Texas Bar No. 00790629)
BRACEWELL & GIULIANI LLP
Pennzoil Place – South Tower
711 Louisiana Street, Suite 2300
Houston, TX 77002-2781
(PRO HAC VICE)

Attorneys for Defendant
POWEREX CORP.

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA EX REL, BILL LOCKYEAR, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>    Plaintiff,<br><br>    vs.<br><br>POWEREX CORP., a Canadian Corporation, d.b.a. POWEREX ENERGY CORPORATION; PUBLIC SERVICE COMPANY OF NEW MEXICO; and DOES 1 - 100,<br><br>    Defendants. | Case No. 2:05-CV-01216-DFL-DAD<br><br>**STIPULATED REQUEST TO MODIFY DEADLINE TO FILE AND SERVE OPPOSITION BRIEFS RE: DEFENDANT PUBLIC SERVICE COMPANY OF NEW MEXICO'S MOTION TO DISMISS, DEFENDANT POWEREX CORP.'S MOTION TO DISMISS, AND PLAINTIFF'S MOTION TO REMAND**<br><br>Date:        October 19, 2005<br>Time:       10:00 a.m.<br>Courtroom:  7<br>Judge:       Hon. David F. Levi<br><br>Complaint filed: May 18, 2005 |

The parties, by and through their counsel of record, respectfully request that the Court permit the parties to modify the previously agreed-upon deadline to file their opposition briefs

**STIPULATED REQUEST TO MODIFY DEADLINES**                                                          1

relating to Defendant Public Service Company of New Mexico's Motion to Dismiss Complaint, Defendant Powerex Corp.'s Motion to Dismiss Complaint, and Plaintiff's Motion to Remand. For reasons set forth below, all parties agree that the deadline to file and serve these opposition briefs should be continued from Wednesday, September 28, 2005 to Wednesday, October 5, 2005.

### RECITALS

This Stipulation is based upon the following facts:

1. Defendant Public Service Company of New Mexico's Motion to Dismiss Complaint, Defendant Powerex Corp.'s Motion to Dismiss Complaint, and Plaintiff's Motion to Remand are scheduled to be heard by this Court on October 19, 2005 at 9:00 a.m.

2. Pursuant to a previous Stipulation and Order signed by this Court on August 26, 2005[1], in which the hearing date on these motions was continued from September 14, 2005 to the current date, the parties established a briefing schedule which specified that the parties file and serve their points and authorities in opposition to the respective motions on or before Wednesday, September 28, 2005.

3. Counsel for Defendant Powerex Corp., Andrew Edison of Bracewell & Giuliani LLP, whose office is in Houston, Texas, was among the 2 million residents of the Houston metropolitan area forced to evacuate the city late last week due to Hurricane Rita. Due to this evacuation, Mr. Edison has been without access to file materials, research and support staff

---

[1] "Stipulation to Continue Defendant Public Service Company of New Mexico's Notice of Motion and Motion to Dismiss Complain; Defendant Powerex Corp.'s Motion to Dismiss Complaint [FRCP 12(b)(6)]; and Plaintiff's Motion to Remand," approved by the Court on August 22, 2005 (Document No. 47.)

**STIPULATED REQUEST TO MODIFY DEADLINES**                                                            2

necessary to comply with the current deadline of Wednesday, September 28, 2005 to prepare Powerex Corp.'s points and authorities in opposition to Plaintiff's Motion to Remand.

4. Based on the foregoing, all parties agree that it is in the interests of justice to modify the briefing schedule as outlined above so that Powerex Corp.'s counsel will have sufficient time to prepare, file and serve its opposition to Plaintiff's Motion to Remand.

5. The proposed revised deadline for the parties to file their respective opposition briefs complies with Local Rule 78-230(c), which requires that they be filed no later than fourteen (14) days before the hearing date on the motions. Wednesday, October 5, 2005 is exactly 14 days prior to the hearing date of October 19, 2005.

6. No change is being proposed to the deadline to file and serve the parties' reply briefs relating to these motions. Reply briefs must still be filed and served no later than Wednesday, October 12, 2005 in accordance with the requirement of Local Rule 78-230(d) that they be filed and served not less than five (5) court days prior to the hearing date.

NOW, THEREFORE, THE PARTIES TO THIS STIPULATION DO HEREBY AGREE AND RESPECTFULLY REQUEST AS FOLLOWS:

1. All briefs in opposition to Defendant Public Service Company of New Mexico's Motion to Dismiss Complaint, Defendant Powerex Corp.'s Motion to Dismiss Complaint, and Plaintiff's Motion to Remand shall be filed and electronically served on or before Wednesday, October 5, 2005, and the reply briefs shall be filed and electronically served or before October 12, 2005.

////

////

**STIPULATED REQUEST TO MODIFY DEADLINES** 3

1  IN WITNESS WHEREOF, this Stipulation is executed by the following duly authorized
2  persons.

3  Dated:  September 26, 2005         GURNEE & DANIELS LLP

5                                     By:   /s/John A. Mason
                                           STEVEN H. GURNEE
6                                          JOHN A. MASON

7                                          J. CLIFFORD GUNTER, III
8                                          ANDREW M. EDISON
                                           BRACEWELL & GIULIANI LLP

10                                         Attorneys for Defendant
                                           POWEREX CORP.

12 Dated: September 26, 2005          McDONOUGH, HOLLAND & ALLEN

14                                    By:   /s/Ann Schwing
15                                         ANN SCHWING
                                           RICHARD W. OSEN
16                                         RICHARD E. BRANDT
                                           LAURA J. FOWLER
17                                         McDONOUGH, HOLLAND & ALLEN PC

                                           ROBERT P. EDWARDS
19                                         BARRY J. BRETT
                                           STEPHEN G. RINEHART
20                                         TROUTMAN SANDERS LLP

                                           Attorney for Defendant
22                                         DEFENDANT PUBLIC SERVICE
                                           COMPANY OF NEW MEXICO

**STIPULATED REQUEST TO MODIFY DEADLINES**                             4

Dated: September 26, 2005

BILL LOCKYER
Attorney General of the State of CA.
TOM GREENE
Chief Assistant Attorney General
MARK BRECKLER
Senior Assistant Attorney General
DAMON CONNOLLY
Supervising Deputy Attorney General
KIRK McINNIS
CHRISTOPHER S. CROOK
SONG HILL
Deputy Attorneys General

By: /s/Kirk McInnis
KIRK McINNINS
Deputy Attorney General

Attorneys for PEOPLE OF THE STATE OF CALIFORNIA EX. REL BILL LOCKYER, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA

**IT IS SO ORDERED.**

Dated: 9/28, 2005

By: /s/ David F. Levi
HONORABLE DAVID F. LEVI
JUDGE OF THE U.S. DISTRICT COURT
EASTERN DISTRICT